■ MARIA KING et al., Respondents, v MICHAEL F. SEAGRAVE, Appellant, et al., Defendant. [693 NYS2d 462] —In an action to recover damages for personal injuries, etc., the defendant Michael F. Seagrave appeals from an order of the Supreme Court, Westchester County (DiBlasi, J.), entered August 17, 1998, which denied his motion for summary judgment dismissing the complaint insofar as asserted against him.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court properly determined that the appellant failed to establish his entitlement to summary judgment dismissing the complaint insofar as asserted against him (*see,* CPLR 3212 [b]; *Alvarez v Prospect Hosp.,* 68 NY2d 320). S. Miller, J. P., Sullivan, Friedmann and Feuerstein, JJ., concur.

■ PHYLLIS LEALE, Appellant, v ELAINE RUOCCO et al., Respondents. [693 NYS2d 462] —In an action, *inter alia,* to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Queens County (Posner, J.), dated March 19, 1998, which granted the respective motions of the defendants for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

The defendants made out a prima facie case for summary judgment. In opposition, the plaintiff did not raise any triable issues of fact. Accordingly, the Supreme Court properly granted the defendants' motions for summary judgment (*see,* CPLR 3212 [b]). Altman, J. P., Friedmann, McGinity and Schmidt, JJ., concur.